FILE COPY

No. 07-14-00338-CR

| | | |
|---|---|---|
| Stacie Ann Kenemore<br>    Appellant | § | From the 108th District Court of<br>    Potter County |
| | § | |
| v. | | September 23, 2014 |
| | § | |
| The State of Texas<br>    Appellee | §<br><br>§ | Opinion by Justice Pirtle |

## J U D G M E N T

Pursuant to the opinion of the Court dated Tuesday, September 23, 2014, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o